**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:17-cv-21649-UU

NIEVES ARANGO,

Plaintiff,

v.

GOLD AND ASSOCIATES, P.A.,

Defendant.
______________________________/

**ORDER REQUIRING RESPONSE**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Defendant SHALL file its Response to Plaintiff's Complaint on or before **Monday, May 15, 2017**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of May, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record